IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JUSTIN KYLE DOOLEY,

    Plaintiff,

      v.

KENNETH JACKSON, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-1573-TWT

**ORDER**

      This is an action under the Fair Debt Collection Practices Act. It is before the
Court on the Report and Recommendation [Doc. 26] recommending that the
Defendant Jackson's Motion for New Trial [Doc. 22] treated as a Motion to Set Aside
Default be granted and that the Plaintiff's Motion for Default Judgment [Doc. 10] be
denied as moot. No objections to the Report and Recommendation have been filed.
The Court approves and adopts the Report and Recommendation as the judgment of
the Court.

SO ORDERED, this 31 day of January, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge